IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| RICHARD L. HARRELL | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:12cv3 |
| JOSHUA L. ARMSTRONG | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and jury, the Honorable Caroline Craven, United States Magistrate Judge, presiding, and the issues having been duly tried, and the jury having duly rendered its verdict, it is

**ORDERED** and **ADJUDGED** that the Plaintiff, Richard L. Harrell, take nothing and that the complaint is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions not previously ruled on are **DENIED**.

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

**10/25/13**